**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| SARAH TERRY, | ) | Case No. 5:20-cv-01002-DEP |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | Stipulation – Document Filed Electronically |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| *Defendant*. | ) | |

**Consent Order for Payment of Fees Under the Equal Access to Justice Act**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of five thousand five hundred sixty dollars ($5,560.00).

This award will satisfy all of Plaintiff's claims for EAJA fees in this case. Any fees paid belong to Plaintiff and not to her attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. Astrue v. Ratliff, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff that has been provided to Defendant.

AND, the Court having reviewed the record in this matter;

IT IS on this 7th day of April, 2022;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $5,560.00, and that this award is payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

_____
HON. DAVID E. PEEBLES
UNITED STATES MAGISTRATE JUDGE

The undersigned hereby consent to the form and entry of the within order.

Dated: April 6, 2022

| Kilolo Kijakazi, | Sarah Terry, |
|---|---|
| By Her Attorneys, | By Her Attorney, |
| Carla B. Freedman,<br>United States Attorney | |
| */s/ Christopher L. Potter*<br>Christopher L. Potter<br>Special Assistant U.S. Attorney<br>N.D.N.Y. Bar Roll No. 701008<br>Social Security Administration<br>Office of the General Counsel<br>J.F.K. Federal Building, Room 625<br>Boston, MA 02203<br>(617) 565-1853<br>christopher.L.potter@ssa.gov | */s/ Amy Chadwick*[1]<br>Amy Chadwick<br>N.D.N.Y. Bar Roll No. 519293<br>Amdursky, Pelky, Fennell and Wallen, P.C.<br>26 E. Oneida St.<br>Oswego, NY 13126<br>(315) 343-6363<br>achadwick@apfwlaw.com |

---

[1] Signed by Christopher L. Potter with Amy Chadwick's permission.